

**Jean B. GARDNER, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 04–3451.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2004.

ORDER

Petitioner having paid the initial filing fee, and filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

**John F. ROBERTO, Petitioner,**

v.

**DEPARTMENT OF THE**
**NAVY, Respondent.**

No. 05–3043.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2004.

ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner should compute the due date for filing its brief 60 days from the date of filing of this order.

**Jorge SALAZAR, Petitioner,**

v.

**DEPARTMENT OF HOMELAND**
**SECURITY, Respondent.**

No. 04–3380.

United States Court of Appeals,
Federal Circuit.

Dec. 16, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Sarah GLEN, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

**No. 04–3283, 04–3292.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.

**Eddie L. SPIGNER, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**No. 04–3395.**

United States Court of Appeals, Federal Circuit.

Dec. 17, 2004.

**ORDER**

Order Vacated, See 120 Fed.Appx. 315, 2004 WL 3132886.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

